

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
NOV - 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

C 10-2447 EDL
(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-341)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 170 F.Supp.2d 1348 (J.P.M.L. 2001). Since that time, 85,387 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 29, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORDS
DATED: 10/29/10
ATTEST: Tom Dempsey
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

### SCHEDULE CTO-341 - TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 10-06698 | John Lewis Jones et al v. Air &Liquid Systems Corporation et al |
| ~~CAC~~ | ~~2~~ | ~~10-07264~~ | ~~Kwang Seanlon v. Asbestos Companies~~ Opposed 10/28/10 |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 10-02447 | Reynolds et al v. Kaiser Ventures LLC, et al., |
| CAN | 3 | 10-04022 | Fong et al v. General Electric Company et al |
| CAN | 3 | 10-04258 | Belk v. Lockheed Martin Corporation |
| CAN | 4 | 10-04021 | Hancock v. General Electric Company et al |
| **DELAWARE** | | | |
| DE | 1 | 10-00767 | Wolz v. Viad Corp. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 10-06190 | Conroy v. A.W. Chesterton Company et al |
| **MAINE** | | | |
| ME | 2 | 10-00386 | Donna M. Egeland, etc. v. General Electric Co., et al. |
| ME | 2 | 10-00387 | Laurel Elderkin-Graham, et al. v. New England Insulation Co., Inc., et al. |
| **MARYLAND** | | | |
| ~~MD~~ | ~~1~~ | ~~10-02573~~ | ~~McElroy et al v. 3M Company et al~~ Opposed 10/28/10 |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 1 | 10-00491 | Ballard v. American Optical Corporation et al |
| MSS | 1 | 10-00492 | Sandifer v. North Bros. Co., Inc. et al |
| **NORTH CAROLINA MIDDLE** | | | |

| | | | |
|---|---|---|---|
| NCM | 1 | 10−00722 | KELLY v. GUERLAIN, INC., et al |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 10−01585 | Abbay v. Armstrong International Inc et al |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 10−00356 | Burkee v. Degussa−Ney Dental Inc et al |