**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA REYNOLDS, as Wrongful Death Heir, and as Successor-in-Interest to JAMES REYNOLDS, Deceased; and JAMIE REYNOLDS and ALLIREE REYNOLDS, as Legal Heirs of JAMES REYNOLDS, Deceased,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL DYNAMICS CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | No.  3:10-cv-02447-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.


Dated: July 25, 2014　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　　　　　　United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY